IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| JACK R. YOUNGS, JAMES G. CORELL, WILLIAM R. MCDAVID, and MARGERET B. MCDAVID<br><br>    Plaintiffs,<br><br>vs.<br><br>JACK BEHNKEN, NANCY BEHNKEN, JOHN BEHNKEN, SANDI BEHNKEN, WILLIAM BEHNKEN, AMERICAN NUTRITION INC., a Utah Corporation; ROCKY MOUNTAIN MILLING LLC, a Utah Limited Liability Company; SOLAR ENGINEERING LTD., a Utah Limited Partnership,<br><br>Defendants/Counterclaim Plaintiffs,<br><br>vs.<br><br>JACK R. YOUNGS, JAMES G. CORELL, WILLIAM R. MCDAVID, MARGERET B. MCDAVID, and BOWLES RICE MCDAVID GRAFF & LOVE, a West Virginia Law Firm,<br><br>    Counterclaim Defendants. | ORDER DIRECTING PLAINTIFFS TO PROVE DIVERSITY OF CITIZENSHIP<br><br><br><br><br><br><br><br>Case No. 1:04-CV-00183 PGC |

Plaintiffs are minority stockholders of a close corporation, defendant American Nutrition Inc. They asked the court to compel ANI and its majority shareholders to arbitrate the value of the plaintiffs' shares and then purchase the shares at the arbitrated price. Plaintiffs allege that the court has diversity jurisdiction over this action.[1]

While reviewing the pending motions to confirm and vacate the arbitration award entered in this case, the court noticed that the plaintiffs' complaint does not allege the citizenship of each partner of Solar Engineering or each member of Rocky Mountain Milling. Complete diversity among all plaintiffs and defendants — including a partnership's limited partners[2] or members of a limited liability company[3] — is a necessary prerequisite for diversity jurisdiction to exist. And this court has an independent obligation to assess its own subject matter jurisdiction.[4]

---

[1] *See* 28 U.S.C. § 1332.

[2] *Penteco Corp. Ltd. P'ship v. Union Gas Sys., Inc.*, 929 F.2d 1519, 1521–23 (10th Cir. 1991) (citing *Carden v. Arkoma Assoc.*, 494 U.S. 185, 195–96 (1990)).

[3] *Cosgrove v. Bartolotta*, 150 F.3d 729, 721 (7th Cir. 1998).

[4] *See* Fed. R. Civ. P. 12(h)(3).

The court therefore ORDERS the plaintiffs to respond within twenty-one (21) days and provide the court with a list of all members of Rocky Mountain Milling and all partners (limited or general) of Solar Engineering, together with those persons' citizenship as of the date this action was commenced, so that the court may determine whether complete diversity exists.

SO ORDERED.

DATED this 31st day of May, 2006.

BY THE COURT:

_____
Paul G. Cassell
United States District Judge
